Ex parte Charlie WAGONER, Jr.

No. 19595.

Court of Criminal Appeals of Texas.

Jan. 5, 1938.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Since perfecting his appeal, the relator has filed a written motion, duly verified by his affidavit, requesting the withdrawal of his appeal. The request is granted, and the appeal is ordered dismissed.

W. P. LINCOLN, Appellant, v. Ignacio CANTU et al., Appellees.

No. 10236.

Court of Civil Appeals of Texas. San Antonio.

Jan. 19, 1938.

Rehearing Denied Feb. 9, 1938.

Jesse G. Foster, of Raymondville, for appellant.

Crane & Glarner, of Raymondville, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.